MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| District: U.S District Court of Rhode Island | | |
| Name of Movant: Antonio Cerda Sosa | Prisoner No.: 04405-070 | Case No.: CR 97-00020 |
| Place of Confinement: Federal Correctional Institution Fort Dix | | |

UNITED STATES OF AMERICA v. Jose Antonio Cerda Sosa (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court of Rhode Island. One Exchange Terrace Providence, RI

2. Date of judgment of conviction December 12, 1997

3. Length of sentence 168 Months

4. Nature of offense involved (all counts) (1) 21 U.S.C 846; (2) 21 U.S.C 841 (a)(1), (b)(1)(B) & 18 U.S.C 2; (3) 21 U.S.C 841(a)(1), (b)(1)B and 18 U.S.C 2

FILED JUN 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐ NA

7. Did you testify at the trial? NA
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐
   NA

9. If you did appeal, answer the following:

(a) Name of court N/A

(b) Result

(c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court District Court of Rhode Island

(2) Nature of proceeding Evidentiary hearing based on ineffective assistance of counsel via § 2255

(3) Grounds raised Defense counsel was ineffective for failing to perfect a direct appeal. Petitioner's Due Process Rights under the Fifth Amendment were violated.

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☑ No ☐

(5) Result The Court Rejected Petitioner's claims.

(6) Date of result On or about April of 1999

(b) As to any second petition, application, or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☒ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Petitioner's Sixth Amendment Right to a Trial by Jury was violated.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner base offense level was enhanced based on Drug quantity and type that was neither admitted by the Petitioner or found by a Jury.

B. Ground two: ____________

Supporting FACTS (state *briefly* without citing cases or law) ____________

C. Ground three: ____________

Supporting FACTS (state *briefly* without citing cases or law) ____________

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Scott A Lutes The Pent House Suite 127 Dorrance Street, Providence RI 02903

(b) At arraignment and plea SAME

(c) At trial

(d) At sentencing SAME

(e) On appeal

(f) In any post-conviction proceeding Francis J. Flanagan
130 Bellevue Avenue, Unit 2 Newport, RI 02840

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6/24/05
(Date)

Antonio Cerda Sosa
Signature of Movant