UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Antonio Cerda Sosa

VS.

CA NO. 05-280L

USA

ORDER

The government's response to the Defendant's motion to vacate, set aside, or correct sentence is due on August 1, 2005.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 7/6/05

BY Order:

Deputy Clerk