UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANTONIO CERDA SOSA

v. C.A. No. 05-280L

UNITED STATES OF AMERICA

O R D E R

Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 hereby is denied and dismissed for the reasons set forth in the Government's objection. It is clear that United States v. Booker is not to be retroactively applied to cases on collateral review.

ENTER:

Ronald R. Lagueux
Senior Judge
July 15, 2005

BY ORDER:

Deputy Clerk