UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Antonio Cerda Sosa :
Plaintiffs, :
:
v. : C.A. No. 05-280-L
:
USA :
Defendants. :

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA against the plaintiff Antonio Cerda Sosa, in accordance with the Court's Order dated 7/15/05 denying the 2255 petition.

Deputy Clerk
July 19, 2005